**In the Interest of W.F.N. and T.N., Respondent,**

**Gary WAINT, Juvenile Officer, Respondent,**

v.

**V.N. and B.N., Natural Parents, Appellants.**

**No. WD 49473.**

Missouri Court of Appeals, Western District.

June 20, 1995.

Edward Berg, Mid–Missouri Legal Services, Columbia, for appellants.

Thomas M. Shea, Moberly, for Gary Waint, Juvenile Officer.

Before BRECKENRIDGE, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

V.N. and B.N. appeal the decision of the juvenile court terminating their parental rights to T.N. and W.N. They assert there was not sufficient evidence to support the decision and that the juvenile court erroneously applied the law.

The judgment is affirmed. Rule 84.16(b).